**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
   **CLERK**

**TELEPHONE**
**(804) 916-2700**

October 29, 2013

Mr. Keith Frazier
# 55747-056
Federal Correctional Institution
P. O. Box 699
Estill, South Carolina   29918

       Re:    No. 13-4389, US v. Keith Frazier
                4:11-cr-00113-F-1

Dear Mr. Frazier:

    The court is in receipt of your filing of October 22, 2013, in which you appear to indicate that you do not desire a court-appointed attorney to represent you in this matter and wish to proceed pro se.

    Please be aware that the right to counsel on appeal is an important right. It is to your advantage to utilize the services of counsel on appeal in order to permit full development of the legal issues through formal briefing of the appeal and representation throughout the proceedings in this court.

    Joseph McGuinness has been appointed to represent you on appeal. The court strongly suggests that you agree for Mr. McGuinnes to continue to represent you on appeal. Please advise the court within 15 days from the date of this letter, whether you agree to continued representation by Mr. McGuinnes or whether you insist on moving to proceed pro se.

                                       Sincerely,

                                       /s/ Mark J. Zanchelli
                                       _____
                                       Chief Deputy Clerk

MJZ:cwe
Enclosure(s)

cc:    Joseph Michael McGuinness, Attorney